Peter Dubowsky, Esq.
Nevada Bar No. 4972
Amanda C. Vogler, Esq.
Nevada Bar No. 13609
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
Fax: 702-360-3515
Tel: 702-360-3500
Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No.: 2:17-cv-00824-APG-PAL |
| Plaintiff, | |
| vs. | |
| Helmy Shonoda, individually and d/b/a Insomnia Hookah Café a/k/a Insomnia Lounge Hookah; and Al Amin Muhammad a/k/a Amin Muhammad, individually and d/b/a Insomnia Hookah Café a/k/a Insomnia Lounge Hookah, | |
| Defendants | |

### STIPULATION OF VOLUNTARY DISMISSAL OF HELMY SHONODA PURSUANT TO F.R.C.P. 41(a)(1(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff J&J Sports Productions, Inc. and Defendant Helmy Shonoda individually and d/b/a Insomnia Hookah Café a/k/a Insomnia Lounge Hookah, by and through their respective counsel, that the above-captioned action is voluntarily dismissed against defendant Helmy Shonoda,

- 1

individually and d/b/a Insomnia Hookah Cafe pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 8/10/17

DUBOWSKY LAW OFFICE, CHTD.

By: _____
Amanda C. Vogler, Esq.
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
Attorney for J&J Sports Productions

Dated: 8-9-17

CROSBY & FOX, LLC

By: _____
Troy S. Fox, Esq.
710 South 8th Street
Las Vegas, Nevada 89101
Attorney for Helmy Shonoda

IT IS SO ORDERED.

Dated: August 11, 2017

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE